UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAUL GAMBOA,

    Plaintiff,

v.                                                  Case No. 1:17-cv-333
                                                  Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED**.


Dated: September 18, 2018                                          /s/ Ray Kent
                                                                                                  United States Magistrate Judge